1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MARIO GARCIA PADILLA,                   CASE NO. CV-F-04-5402 OWW WMW HC

12                    Petitioner,            ORDER VACATING FINDINGS AND
                                             RECOMMENDATIONS RE
13                                           PETITION FOR WRIT OF HABEAS CORPUS

14   _____                                 [Doc. 11]

15          vs.

     K. MENDOZA-POWERS,
16
                     Respondent.
17   _____/

18
            Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant
19
     to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.
20
     § 636(b)(1)(B) and Local Rule 72-302.
21
            On August 10, 2006, this court entered findings and recommendations in this case.  Those
22
     findings and recommendations are HEREBY VACATED.
23

24
     IT IS SO ORDERED.
25
     **Dated:    January 3, 2007            /s/  William M. Wunderlich**
26   bl0dc4                                 UNITED STATES MAGISTRATE JUDGE

27

28

                                                1